No. **26-5005**

---

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

---

FORCHT BANK, NA, et al.,

*Plaintiffs-Appellees*,

*v.*

CONSUMER FINANCIAL PROTECTION BUREAU, et al.,

*Defendants-Appellants*.


FINANCIAL TECHNOLOGY ASSOCIATION,

*Intervenor-Appellee*.

---

On Appeal from the United States District Court
for the Eastern District of Kentucky

---

### Unopposed Motion to Consolidate Appeals
### and Set Joint Briefing Schedule

---

MARK PAOLETTA
*Chief Legal Officer*
DANIEL SHAPIRO
*Deputy Chief Legal Officer*
VICTORIA DORFMAN
*Senior Legal Advisor*
CHRISTOPHER DEAL
*Deputy General Counsel for Litigation*

ANDREA MATTHEWS
*Assistant General Counsel for Litigation*
Thomas Kim (DC Bar No. 981783)
*Senior Counsel*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
Thomas.Kim@cfpb.gov
(202) 435-9441

*Counsel for Defendants-Appellants Consumer Financial Protection Bureau and
Russell Vought, in his official capacity as Acting Director of the CFPB*

---

Defendants-Appellants the Consumer Financial Protection Bureau (CFPB) and Russell Vought, in his official capacity as Acting Director of the CFPB, respectfully move for an order (1) consolidating the above-captioned matter (Case No. 26-5005) with a related appeal filed by Intervenor-Appellee Financial Technology Association (FTA) (Case No. 25-6164); and (2) setting a joint briefing schedule for the consolidated matter. In its appeal, on February 3, 2026, FTA filed an unopposed motion to consolidate the two matters and set a joint briefing schedule. (Case No. 25-6164, R. 15.) To effectuate consolidation, the CFPB has been instructed to file its own motion for consolidation in this matter.

As indicated in FTA's motion for consolidation, FTA consents to consolidation of the appeals and the joint briefing schedule proposed below and Plaintiffs-Appellees Forcht Bank et al. consent to consolidation if the Court also grants the expanded word limit and extension of their brief deadline specified below, which FTA and the CFPB do not oppose.

Federal Rule of Appellate Procedure 3(b)(2) provides that "[w]hen the parties have filed separate timely notices of appeal, the appeals may be joined or consolidated by the court of appeals." Fed. R. App. P. 3(b)(2). The two appeals should be consolidated because they arise out of the same preliminary injunction order granted in the same proceeding below. *See, e.g., Northeast Ohio Coalition*

1

*for the Homeless v. Blackwell*, 467 F.3d 999, 1005 (6th Cir. 2006) ("Because both cases present common questions of law and fact, we consolidate the two cases."). The common issues in the two appeals should be adjudicated by the same panel for purposes of consistency, efficiency, and judicial economy.

Defendants-Appellants also request an order establishing the following joint briefing schedule for the consolidated matter:

| | |
|---|---|
| Briefs for Appellants FTA and CFPB | **March 19, 2026** |
| Brief for Appellees: | **May 20, 2026**<br>Appellees have requested, and Appellants do not oppose, a 20,000-word limit for their single joint brief, as well as a 30-day extension from the default briefing schedule. |
| Appellants' Reply Briefs | **June 10, 2026** |

For these reasons, Defendants-Appellants respectfully request that the Court grant this motion to consolidate the related appeals in Case Nos. 26-5005 and 25-6164, establish the joint briefing schedule proposed above, and expand the word limit for Plaintiffs-Appellees' brief.

2

Dated: February 4, 2026

MARK PAOLETTA
*Chief Legal Officer*
DANIEL SHAPIRO
*Deputy Chief Legal Officer*
VICTORIA DORFMAN
*Senior Legal Advisor*
CHRISTOPHER DEAL
*Deputy General Counsel for
Litigation*
ANDREA MATTHEWS
*Assistant General Counsel for
Litigation*

Respectfully submitted,

/s/ Thomas Kim
Thomas Kim (DC Bar No. 981783)
*Senior Counsel*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
Thomas.Kim@cfpb.gov
(202) 435-9441

3

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the brief exempted by Fed. R. App. P. 32(f), this brief contains 371 words.

This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word 365 and 14-point Times New Roman font.

February 4, 2026                                    /s/ Thomas Kim
                                                    Counsel for Defendants-Appellants

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2026, I electronically filed the foregoing brief with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

February 4, 2026                                    /s/ Thomas Kim
                                                             Counsel for Defendants-Appellants