# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

FORCHT BANK, NA, *et al.*,

    *Plaintiffs-Appellees*

v.

CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*

    *Defendants-Appellants (26-5005)*

FINANCIAL TECHNOLOGY ASSOCIATION

    *Intervenor-Appellant (25-6164)*

Nos. 25-6164, 26-5005

## MOTION TO EXTEND BRIEFING SCHEDULE BY DEFENDANTS-APPELLANTS AND INTERVENOR-APPELLANT

Defendants-Appellants the Consumer Financial Protection Bureau (CFPB) and Russell Vought, in his official capacity as Acting Director of the CFPB, and Intervenor-Appellant Financial Technology Association (FTA) respectfully submit this motion to request an extension of the briefing deadlines in this matter, as described below.

1.    This appeal concerns a preliminary injunction order entered by the district court enjoining the CFPB from enforcing the Personal Financial Data Rights Rule (Rule) until the CFPB has completed its reconsideration of the Rule.

1

The Rule, which was issued in October 2024, implements section 1033 of the Consumer Financial Protection Act of 2010.

2.      FTA and Defendants-Appellants each filed a notice of appeal of the district court's preliminary injunction order, which were docketed in this Court on December 26, 2025 and January 5, 2026, respectively. (No. 25-6164, R. 1; No. 26-5005, R. 1)

3.      On January 16, 2026, the Court granted an unopposed motion filed by the FTA to extend the briefing deadlines in its appeal by 30 days. (No. 25-6164, R. 13, 14)

4.      On February 12, 2026, the Court granted unopposed motions filed by the Defendants-Appellants and the FTA to consolidate the two appeals and to set a joint briefing schedule for the matter. (No. 25-6164, R. 15, 16; No. 26-5005, R. 11, 12) The same day, the Court set the following briefing deadlines for the consolidated matter: Appellants' briefs are due March 19, 2026; Appellee's brief is due May 20, 2026; and Appellants' reply briefs are due June 10, 2026. (No. 25-6164, R. 18; No. 26-5005, R. 14)

5.      The CFPB is conducting a new rulemaking to reconsider the Rule with a view to substantially revising it. In connection with its reconsideration of the Rule, the Bureau is comprehensively reexamining this matter alongside stakeholders and the broader public with the goal of developing a well-reasoned

approach that aligns with the policy preferences of CFPB leadership and appropriately addresses the interests at stake. To that end, on August 22, 2025, the CFPB issued an Advanced Notice of Proposed Rulemaking (ANPR) seeking comments and data to inform its consideration of certain issues. The Bureau is actively considering the issues raised in the ANPR. The Bureau envisions this process culminating in a new final rule that substantially revises the Rule.

6. The possibility of a new final rule that addresses the issues in this appeal may avoid the need for continued litigation over the original Rule. An additional extension would thus promote efficiency and judicial economy by potentially avoiding the need for briefing or argument that may ultimately prove unnecessary. Given the number and complexity of the issues being considered in connection with the potential new rule, Defendants-Appellants and the FTA request that the briefing deadlines in this matter be extended as follows:

| Appellants' Briefs | **June 22, 2026** |
|---|---|
| Appellees' Brief | **August 21, 2026** |
| Appellants' Reply Briefs | **September 11, 2026** |

7. Defendants-Appellants have conferred with Plaintiffs-Appellees about this motion. Plaintiffs-Appellees believe that the most appropriate course is to hold these appeals in abeyance until the CFPB completes its rulemaking process to replace the original rule in this case, and they intend to file a motion seeking such

relief after the Court rules on this extension request. Plaintiffs-Appellees do not oppose the requested extension of the existing briefing schedule, which will ensure that the Court has ample time to rule on their motion for abeyance before briefing begins.

8. For the foregoing reasons, Defendants-Appellants and the FTA request that the Court grant the requested extension.

Dated: March 6, 2026

Jeffrey M. Harris
Nicholas B. Venable
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22201
(703) 243-9423
jeff@consovoymccarthy.com

Adam G. Unikowsky
JENNER & BLOCK LLP
1099 New York Avenue NW, Suite
900 Washington, DC 20001
(202) 639-6000
aunikowsky@jenner.com

*Counsel for Intervenor-Appellant the
Financial Technology Association*

Respectfully submitted,

MARK PAOLETTA
*Chief Legal Officer*
DANIEL SHAPIRO
*Deputy Chief Legal Officer*
VICTORIA DORFMAN
*Senior Legal Advisor*
CHRISTOPHER DEAL
*Deputy General Counsel for Litigation*

/s/ Thomas Kim
Thomas Kim (DC Bar No. 981783)
*Senior Counsel*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
Thomas.Kim@cfpb.gov
(202) 435-9441

*Counsel for Defendants-Appellants*

**CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the motion exempted by Fed. R. App. P. 32(f), it contains 586 words.

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 and 14-point Times New Roman font.

March 6, 2026                                              /s/ Thomas Kim
                                                          Counsel for Defendants-Appellants

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.


March 6, 2026                                   /s/ Thomas Kim
                                                Counsel for Defendants-Appellants