**IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

FORCHT BANK, NA, *et al.*,

    *Plaintiffs-Appellees*

    v.

CONSUMER FINANCIAL PROTECTION
BUREAU, *et al.*

    *Defendants-Appellants (26-5005)*

FINANCIAL TECHNOLOGY ASSOCIATION

    *Intervenor-Appellant (25-6164)*

Nos. 25-6164, 26-5005

**DEFENDANTS-APPELLANTS' OPPOSITION TO
PLAINTIFFS-APPELLEES' MOTION FOR ABEYANCE**

Defendants-Appellants the Consumer Financial Protection Bureau (CFPB) and Russell Vought, in his official capacity as Acting Director of the CFPB, respectfully submit this response in opposition to Plaintiffs-Appellees' motion to hold these consolidated appeals in abeyance pending the CFPB's publication of a new final Personal Financial Data Rights Rule. Dkt. No. 17, No. 26-5005 (Mar. 13, 2026).

As Plaintiffs-Appellees noted in their motion, the CFPB is in the midst of a new rulemaking to reconsider the Personal Financial Data Rights Rule with a view to substantially revising it. To that end, on August 22, 2025, the CFPB issued an Advanced Notice of Proposed Rulemaking (ANPR) seeking comments and data to

inform its consideration of certain issues. Defendants-Appellants continue believe that periodic extensions will allow for greater clarity concerning the rulemaking process than holding the appeal completely in abeyance. Accordingly, Defendants-Appellants request that Plaintiffs-Appellees' motion for abeyance be denied.

Dated: March 23, 2026

Respectfully submitted,

MARK PAOLETTA
*Chief Legal Officer*
DANIEL SHAPIRO
*Deputy Chief Legal Officer*
VICTORIA DORFMAN
*Senior Legal Advisor*
CHRISTOPHER DEAL
*Deputy General Counsel for Litigation*

/s/ Thomas Kim
Thomas Kim (DC Bar No. 981783)
*Assistant General Counsel*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
Thomas.Kim@cfpb.gov
(202) 435-9441

*Counsel for Defendants-Appellants*

## CERTIFICATE OF COMPLIANCE

This response complies with the type-volume limitation of Fed. R. App. P.

27(d)(2)(A) because, excluding the parts of the motion exempted by Fed. R. App.

P. 32(f), it contains 155 words.

This response complies with the typeface requirements of Fed. R. App. P.

32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has

been prepared in a proportionally spaced typeface using Microsoft Word 365 and

14-point Times New Roman font.

March 23, 2026                                    /s/ Thomas Kim
                                                 Counsel for Defendants-Appellants

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

March 23, 2026                                    /s/ Thomas Kim
                                                 Counsel for Defendants-Appellants