Nos. 25-6164, 26-5005

---

THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

---

FORCHT BANK, N.A.; KENTUCKY BANKERS ASSOCIATION; BANK POLICY INSTITUTE,
*Plaintiffs-Appellees,*

v.

CONSUMER FINANCIAL PROTECTION BUREAU; RUSSELL VOUGHT, Acting Director of the Consumer Financial Protection Bureau,
*Defendants-Appellants (26-5005),*

and

FINANCIAL TECHNOLOGY ASSOCIATION,
*Intervenor-Appellant (25-6164).*

---

On Appeal from the U.S. District Court for the Eastern District of Kentucky
No. 5:24-cv-304 (Hon. Danny C. Reeves, District Judge)

---

# PLAINTIFFS-APPELLEES' STATUS REPORT

---

Pursuant to this Court's March 30, 2026 Order, plaintiffs Forcht Bank, N.A., Kentucky Bankers Association, and Bank Policy Institute respectfully submit this status report regarding the status of the rulemaking by the Consumer Financial Protection Bureau.

These consolidated appeals arise from a district-court order that stayed the compliance deadlines and preliminarily enjoined enforcement

of the Bureau's 2024 rule asserting the authority to regulate "open banking." *See Required Rulemaking on Personal Financial Data Rights*, 89 Fed. Reg. 90,838 (Nov. 18, 2024) (Rule). In its March 30 Order, this Court granted plaintiffs' motion to hold briefing in these appeals in abeyance while the Bureau conducts a new rulemaking process to comprehensively reexamine that Rule. The Court directed plaintiffs to file status reports every 60 days regarding the current status of that rulemaking and the appellants' positions regarding briefing in these appeals.

Plaintiffs have consulted with counsel for both appellants to prepare this report. The CFPB has provided the following statement regarding the current status of the rulemaking and its position on briefing:

> The Bureau is continuing to conduct the rulemaking to reconsider the Personal Financial Data Rights Rule (Rule), with a view to substantially revising it. In connection with its reconsideration of the Rule, the Bureau is comprehensively reexamining the matter alongside stakeholders and the broader public with the goal of developing a well-reasoned approach that aligns with the policy preferences of Bureau leadership and appropriately addresses the interests at stake. To that end, the Bureau submitted a Notice of Proposed Rulemaking for review pursuant to Executive

> Order 12866 on August 4, 2026, and continues to actively consider the issues raised in and comments received for the Advanced Notice of Proposed Rulemaking that was issued on August 22, 2025. In light of the foregoing, the Bureau believes that briefing in this matter should continue to be held in abeyance.

Intervenor Financial Technology Association states that it does not oppose continuing the abeyance of briefing.

Plaintiffs likewise continue to believe that briefing should remain in abeyance pending the CFPB's completion of its rulemaking and publication of a new final rule in the Federal Register.

Dated: September 25, 2026

Respectfully submitted,

*/s/ Judson O. Littleton*

JEFFREY B. WALL
JUDSON O. LITTLETON
GIBSON, DUNN & CRUTCHER LLP
1700 M Street NW
Washington, DC 20036
Tel: (202) 955-8500
jwall@gibsondunn.com
jlittleton@gibsondunn.com

*Counsel for Plaintiffs-Appellees Forcht Bank, N.A., Kentucky Bankers Association, and Bank Policy Institute*

## CERTIFICATE OF SERVICE

I certify that on September 25, 2026, I electronically filed the foregoing Status Report with the Clerk of the Court of the United States Court of Appeals for the Sixth Circuit using the Court's appellate CM/ECF system. I further certify that service was accomplished on all participants in the case via the Court's CM/ECF system.

Dated: September 25, 2026

Respectfully submitted,

*/s/ Judson O. Littleton*

JEFFREY B. WALL
JUDSON O. LITTLETON
GIBSON, DUNN & CRUTCHER LLP
1700 M Street NW
Washington, DC 20036
Tel: (202) 955-8500
jlittleton@gibsondunn.com

*Counsel for Plaintiffs-Appellees Forcht Bank, N.A., Kentucky Bankers Association, and Bank Policy Institute*